IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

**CARL BROOKS SMITH**
Soc.Sec.No.: xxx-xx-3481
Mailing address: 1300 Vicksboro Road, Henderson, NC  27537-

CASE NO.  17-03271-5-SWH
CHAPTER  13

**DEBTOR**.

## OPPOSITION TO OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

**NOW COMES the DEBTOR**, by and through counsel undersigned, who hereby opposes the Objection to Confirmation and Motion to Dismiss, dated 11/6/17, filed by the Chapter 13 Trustee.

The undersigned has ascertained the Debtor's intention to oppose the Objection and Motion, but has been unable to effect contact with him sufficient to formulate a specific response.

For the time being, therefore, in order to protect the Debtor's right to a proper hearing of the matter, the undersigned files this Opposition.

**WHEREFORE**, the Debtor prays that the Court deny the Trustee's Objection to Confirmation and Motion to Dismiss; and that it set this matter for hearing; and that it grant such other and further relief which it deems just, proper and equitable.

Dated: November 30, 2017.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ John T. Orcutt

John T. Orcutt
Attorney for Debtor
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 847-9750
Fax: (919) 847-3439
Email: postlegal@johnorcutt.com

## CERTIFICATE OF SERVICE

I, Gabrielle Morrison, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on November 30, 2017, I served copies of the foregoing Opposition to Motion to Dismiss, by <u>automatic electronic noticing</u> upon the following Trustee:

John F. Logan
Chapter 13 Trustee


by <u>regular U.S. mail</u>, upon the Debtor at the following address:

CARL BROOKS SMITH
1300 Vicksboro Road
Henderson, NC   27537-


                                                      s/ Gabrielle Morrison
                                                      Gabrielle Morrison


mtdoppos.wpt (rev. 4/18/14)